IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| SIR GIORGIO SANFORD CLARDY,<br><br>Plaintiff,<br><br>vs.<br><br>GREG JONES, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-00178-CL<br>**ORDER** |

AIKEN, District Judge:

On August 17, 2017, Magistrate Judge Clarke filed his Findings and Recommendation ("F&R"), recommending that plaintiff's Second Amended Complaint be dismissed with prejudice. Plaintiff filed objections, so I review *de novo* "those portions of the report . . . to which objection is made." 28 U.S.C. § 636(b)(1)(C); *accord* Fed. R. Civ. P. 72(b)(3); *Holder v. Holder*, 392 F.3d 1009, 1022 (9th Cir. 2004).

I have reviewed this matter *de novo*. I ADOPT the F&R (doc. 12) and DISMISS with prejudice the Second Amended Complaint for failure to state a claim. For the reasons stated in the F&R, I also REVOKE plaintiff's *in forma pauperis* status. The Clerk of the Court is ordered to enter a judgment dismissing this proceeding in its entirety.

1   - ORDER

IT IS SO ORDERED.

Dated this ____ day of December 2017.

_____
Ann Aiken
United States District Judge

2   - ORDER